**MINUTE ENTRY**

Docket & File

JOAN M. AZRACK, USMJ                    DATE: _Jan 6, 2008_

DOCKET NO. & CASE:    CV-08-3966 (CBA); NYC v. GOLDEN FEATHER SMOKE SHOP et al.

---

❏ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*

Oral motion for _____ by _____

Oral motion for _____ by _____

---

☑ TELEPHONE          ❏ IN-PERSON

**CIVIL CAUSE FOR:**

❏ INITIAL CONF.    ❏ STATUS CONF.    ❏ SETTLEMENT CONF.    ☑ DISCOVERY CONF.

❏ OTHER: _____

Time in court:  ❏ 15    ☑ 30    ❏ 45    ❏ 60    ❏ Other: _____

FOR PLAINTIFF:   _Eric Porshansky_

FOR DEFENDANT:   _Peter Cotares for Kimo Smoke Shop & Kiana & Shawn Morrison_
_Leo Barnes → Smoke & Rolls Inc._
_James Simermeyer → Thomasina Mack_

☑ *Docket Clerks are directed to enter the following Discovery Order(s):*

_Plaintiffs subpoena for_
_transcript depositions is granted._

❏ *Docket Clerks are directed to enter the following Scheduling Order(s):*

❏ Next conference on _____    ❏ Telephone    ❏ In-Person

❏ Pre-Trial Order by _____